UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

GRETTEL MARTINEZ REMON
Petitioner

Case No. 26-cv-02648

VS.

Judge
Magistrate Judge

WARDEN, SOUTH LOUISIANA ICE PROCESSING CENTER, et al.
Respondents

**ORDER**

IT IS ORDERED that James Slater be and is hereby admitted to the bar of this Court pro hac vice on behalf of Petitioner in the above described action.

SO ORDERED on this, the 3rd day of Aug., 2026.

U.S. Magistrate Judge