**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **GRETTEL MARTINEZ REMON** | **CIVIL DOCKET NO. 6:26-CV-02648 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on behalf of Grettel Martinez Remon ("Petitioner"), pursuant to 28 U.S.C. § 2241. Petitioner is an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74;

**THE CLERK IS DIRECTED** to serve a copy of the Petition (Doc. 1) and a copy of this Order on the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service and the Warden where Petitioner is detained, by first-class mail.

**IT IS ORDERED** that a response to the Petition be filed within **45** days after electronic service of the Petition and this Order, with supporting summary judgment evidence.

**IT IS FURTHER ORDERED** that Petitioner shall have **14** days to reply.

After the record is complete and delays have run, the court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

**IT IS FURTHER ORDERED** that the Motion for Order to Show Cause (Doc. 5) is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of September, 2026.

Mark L. Hornsby
U.S. Magistrate Judge